RANDALL WYSE,  LARRY JONES, MARK ROBERTS, LATORRENCE NORRIS, FRATERNAL ORDER OF POLICE, LODGE 5-30 AND THE JACKSONVILLE ASSOCIATION OF FIRE FIGHTERS, LOCAL 122, IAFF,

      Petitioners,

v.

FRANK DENTON, MAYOR ALVIN BROWN, in his official capacity, THE City OF JACKSONVILLE, and the JACKSONVILLE POLICE AND FIRE PENSION FUND BOARD OF TRUSTEES,

      Respondents.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3684

Opinion filed July 15, 2015.

Petition for Writ of Certiorari.

Paul A. Donnelly and James H. Sullivan III of Donnelly & Gross, P.A., Gainesville, for Petitioners.

George D. Gabel, Jr., Timothy J. Conner, and Jennifer Mansfield, of Holland & Knight, LLP, Jacksonville, for Respondent Frank Denton.  David J. D'Agata, Assistant General Counsel, and Craig D. Feiser, Assistant General Counsel, City of Jacksonville, Jacksonville for Respondent City of Jacksonville. Robert D. Klausner, Stuart A. Kaufman, and Paul A. Daragjati of Klausner, Kaufman, Jensen, and Levinson, P.A., Plantation, for Respondent Jacksonville Police and Fire Pension Fund Board of Trustees.

PER CURIAM.

The petition for writ of certiorari is dismissed in part and denied in part. The portion challenging the final summary judgment is dismissed as untimely. The portion challenging the denial of Petitioners' motion to void the final summary judgment is denied because the trial court correctly ruled that it lacked jurisdiction to entertain the motion. See First Union Nat'l Bank of Fla. v. Yost, 622 So. 2d 111, 112 (Fla. 1st DCA 1993).

DISMISSED in part and DENIED in part.

WOLF, BENTON, and RAY, JJ., CONCUR.